**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| SHEILA TINER,  :  <br>  : <br> Plaintiff,  : <br>  : <br> vs.  :   1:02-CV-117 (WLS) <br>  : <br> GA DEPT. JUVENILE JUSTICE,  : <br>  ET. AL.,  : <br>  : <br> Defendants.  : <br> _____ | |

**ORDER**

Presently pending before the Court are Defendant Georgia Department of Juvenile Justice's (hereinafter "Georgia" or "Defendants ") and Plaintiff's motions *in limine*. (Tabs 64, 65). For the following reasons, Defendants' and Plaintiff's motions *in limine* (Tab 64, 65) are **GRANTED-IN-PART and DENIED-IN-PART consistent with this order and the oral rulings made at the hearing.**

A pre-trial conference was held on July 18, 2005, and the Court held a hearing on the above-referenced motions. Defendants and Plaintiff were able to resolve the major differences concerning issues related to Plaintiff's previous complaints, the deposition of an expert witness and the use of audio tapes at trial. As to the unresolved issues concerning complaints, the parties are ordered not to mention in the presence of the jury such testimony until a proper foundation has been laid and ruled upon by the Court. Counsel shall also so instruct their witnesses. Defendants' argument concerning the length of time during which damages can be considered is carried with the case as the Court requires a more developed record upon which to rule. Therefore, Plaintiff's and Defendants' motions *in limine* (Tab 64, 65) are **GRANTED-IN-PART and DENIED-IN-PART.**

**SO ORDERED**, this  22nd  day of July, 2005.

                                /s/W. Louis Sands  
                               **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**